# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: JEREMIAH ANDREW HAMILTON SR          CASE NUMBER: 1941026
DEBTOR 2 NAME: NICOLE DAWN BURKE

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __5/13/2019__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

JEREMIAH ANDREW HAMILTON SR,5422 N BALES AVE,KANSAS CITY MO 64119

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : __5/13/2019__          Signature : _____[signature: Robert J. Wallace, Jr.]_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  **JEREMIAH ANDREW HAMILTON SR**　　　　Chapter 13
　　　　**NICOLE DAWN BURKE**

　　　　　　　　　　　　　　　　　　　　　　　Case No.: 19-41026-btf-13

　　　　　　**Debtors**

SSN XXX-XX-5444
SSN XXX-XX-4678

## ORDER DIRECTING DEBTOR TO PAY TRUSTEE

PLAN PAYMENTS - NICOLE DAWN BURKE

| Due Date | Amount | Periods |
|---|---|---|
| May 25, 2019 | $950.00 monthly | Until further Order of the Court |

CHAPTER 13 PLAN PAYMENTS CAN BE MADE IN THE FOLLOWING WAYS:

- **Send a personal check, money order, or cashier's check** made payable to "Office of the Chapter 13 Trustee, Richard V. Fink, Trustee" at the following address:

　　　　Richard V. Fink, Trustee
　　　　PO Box 1839
　　　　Memphis, TN 38101-1839

　Please write your name and Chapter 13 case number on each payment. Do not mail your Chapter 13 Plan payments to the trustee's administrative office in Kansas City.

- **Make a payment online** through the trustee's ePay System at http://www.ndc.org or through Nationwide TFS at http://tfsbillpay.com.

CASH WILL NOT BE ACCEPTED.

　You can contact the trustee's office at (816) 842-1031.

　Failure to comply with this Order may result in your plan being dismissed.

     The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule above.

     It is further ORDERED that the first payment is due by May 25, 2019. Subsequent payments are due as called for under the plan.

May 10, 2019

/s/ Brian T. Fenimore

Bankruptcy Judge


**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
THE SADER LAW FIRM (449) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

AMH     /Order - Wage - Direct - Original